MIE 1A  
Revised 07/12

Order of the Court to Continue Supervision

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Michigan

UNITED STATES OF AMERICA

v.

POWELL, Kenyon O.         Crim. No.: 11-CR-20686-01

On 04/16/2018 the Court authorized the issuance of a supervised release warrant based upon a violation petition citing violation(s) of supervision. The issues of the violations were heard in court on 05/09/2018, and the Court made the following finding(s): The supervised release violation petition is held in abeyance for six months. The offender's supervision is continued.

  X   The following special condition(s) of supervision are added:
1. Placement at a Residential Reentry Center for six months.
2. Participation in mental health treatment.
3. Participation in substance abuse treatment.
4. Participation in anger management treatment.
5. Take all medication is prescribed by a physician.
6. Mandatory drug testing.
7. Zero tolerance.
8. The offender shall be placed on home confinement until approved for placement at a Residential Reentry Center.

Respectfully submitted,

s/Telisa D. Cureton  
U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above, it is ordered that the pending violation matter be resolved and supervision in this case be continued. All conditions imposed at the time of sentencing, along with any subsequent modifications to those conditions, remain in effect.

Dated this 9th Day of May, 2018.

Matthew F. Leitman  
United States District Judge